Certificate Number: 03088-GAN-DE-041355158

Bankruptcy Case Number: 26-60991

03088-GAN-DE-041355158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2026, at 2:42 o'clock AM CDT, Sharonda Rainey completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 22, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor